# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| vs. | *   Case No. 24-cr-00135-TSC |
| | * |
| **JOHN BANUELOS**, | * |
| Defendant | * |
| | * |

**ooOoo**

## CONSENT MOTION TO CONTINUE STATUS HEARING
## AND EXCLUDE SPEEDY TRIAL TIME

Defendant John Banuelos, by undersigned counsel, with the consent of the government, hereby moves this Honorable Court to continue the Status Hearing scheduled for January 17, 2025 for sixty days to allow counsel additional time to review the discovery with Mr. Baunelos.

1. The instant case involves charges related to the events at the United States Capitol on January 6, 2021.

2. Undersigned counsel was appointed to represent Mr. Banuelos on December 16, 2024, replacing Mr. Banuelos' prior appointed counsel.

3. As with all January 6 cases, the discovery in the case is voluminous.

4. Additional time is necessary to allow Mr. Banuelos to review the discovery, discuss the pending charges with counsel and determine whether to seek a pretrial resolution of the case. In light of the voluminous discovery and the complexity of the issues, additional time is necessary so that undersigned counsel may provide adequate representation.

5. For these reasons, Mr. Banuelos seeks to continue the Status Hearing for sixty days and consents to the exclusion of speedy time to and including March 17, 2025, to allow him to

continue to review discovery and adequately discuss the case with counsel.

6.  Tolling of the Speedy Trial clock for these reasons serves the ends of ends of justice and outweighs the best interest of the public and the defendant in a speedy trial. *See, e.g.,* 18 U.S.C. § 3161(h)(7).

7.  AUSA Rebekah Lederer consents to this request.

Respectfully submitted,

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**
Bar No. MD 03366
7166 Mink Hollow Rd
Highland, MD 20777
240-472-3391
chernan7@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that the instant notice was served via ECF on all counsel of record this 16th day of January, 2025.

/s/ *Carmen D. Hernandez*
**Carmen D. Hernandez**